# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2021

## NO. 03-19-00882-CR

**Christopher Lee Castro, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgment for Count II that requires correction. Therefore, the Court modifies the trial court's judgment for Count II to reflect that the jury made a finding of "true" on the first enhancement paragraph. The judgment for Count II, as modified, and the judgments for the other counts are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.